```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/11/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDER DOVE,

                        Plaintiffs,

   -against-

SGT. MONTGOMERY, at al.,

                        Defendants.

18 cv 11598 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

On April 9, 2021, the Court issued an Order to Show Cause directing Plaintiff Alexander Dove to show cause in writing on or before May 10, 2021 why his claims against Defendants should not be dismissed for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b). (ECF No. 32.) A Supplemental Order to Show Cause was issued on May 10, 2021 directing Plaintiff to respond in writing on or before June 10, 2021. (ECF No. 33.) The Supplemental Order to Show Cause was mailed to Plaintiff at the address on the docket on May 11, 2021, and returned to the Court as undeliverable due to Plaintiff's release on May 21, 2021. Plaintiff has not responded to the Order to Show Cause.

Therefore, this case is dismissed without prejudice for want of prosecution. The Clerk of Court is directed to terminate the motion at ECF No. 25 as moot, terminate this action, mail a copy of this order to pro se Plaintiff at the address on ECF, and show service on the docket.

Dated:   June 11, 2021
            White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge